(April 17, 1979)

■ JAMES ANDREWS, Appellant, v U. S. INDUSTRIES, INC., Respondent.—Order, Supreme Court, New York County, entered on December 15, 1978, unanimously affirmed, without costs and without disbursements, and without prejudice to an application at Special Term for leave to replead a cause of action for breach of contract and/or fraudulent misrepresentation. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Ross, JJ.

■ INTERACTIVE PROPERTIES CORP., Appellant-Respondent, v COPELAND, NOVAK & ISRAEL, et al., Respondents-Appellants.—Order, Supreme Court, New York County, entered on May 11, 1978, unanimously affirmed, without costs and without disbursements. Plaintiff-appellant-respondent and defendants-respondents-appellants shall share equally the cost of reproducing the record on appeal. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILLIAMS, Appellant.—Judgment, Supreme Court, New York County, rendered on March 8, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WEILER, Appellant.—Judgment, Supreme Court, New York County, rendered on January 24, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Ross, JJ.